**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Chester HARRIS, a/k/a Stink, Defendant–Appellant.**

**No. 13–7524.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 2, 2014.

Chester Harris, Appellant Pro Se. Winnie Reeves, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chester Harris appeals the district court's order denying his 18 U.S.C. § 3582 (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Harris,* No. 5:04–cr–00031–FL–1 (E.D.N.C. Sept. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*